# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 6D23-225
Lower Tribunal No. 21-CC-3392

—————————————————

PRIDE CLEAN RESTORATION, INC. a/a/o RAFAELA ACUNA and LEONEL MENDOZA,

Appellant,

v.

SOUTHERN OAK INSURANCE COMPANY,

Appellee.

—————————————————

Appeal from the County Court for Lee County.
Erik Leontiev, Judge.

February 20, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and WHITE, JJ., concur.


Matthew McElligott, of Valiente, Carollo & McElligott, PLLC., Miami, for Appellant.

Thomas A. Valdez, of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED